LOUIS EISEN et al., Copartners under the Firm Name of EISEN & SON, Appellants, *v.* CHARLES A. BAUDOUINE et al., Trustees of the Estate of CHARLES A. BAUDOUINE, Deceased, Respondents.

*Landlord and tenant — damage from water leaking through roof — defense of failure to give written notice as required by lease.*

*Eisen* v. *Baudouine,* 184 App. Div. 883, affirmed.

(Submitted April 23, 1920; decided May 7, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1918, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term. The action was to recover for alleged injury to property of plaintiff stored in part of a building leased from the defendant occasioned by water leaking through the roof. The lease contained the following provision: " Whenever there shall be a leakage of the roof, the Lessee shall notify the Lessors in writing, and the Lessors shall not be liable for any damages unless they shall fail to repair the roof within a reasonable time after such written notice is delivered to them." The complaint was dismissed on the ground of failure to prove the giving of the required written notice or waiver by the defendant of such requirement.

*I. Maurice Wormser* and *I. Gainsburg* for appellants.
*Chauncey B. Garver* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARLOZO, POUND, CRANE and ANDREWS, JJ.